February 14, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

WILLIAM T. DRENNEN III, Appellant

NO. 14-10-01099-CV             V.

EXXON MOBIL CORPORATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Exxon Mobil Corporation, signed November 11, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Exxon Mobil Corporation, to pay all costs incurred in this appeal. We further order this decision certified below for observance.